# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

**DEFT:** GARY LEE BRUMMETT (J)# Cell Block
**CASE NO:** 21-6074-SNOW
**AUSA:** Anita White — Zoom Present
**ATTY:** Reginald Tony Moss — available by zoom
(If applicable-appeals colloquy)
**AGENT:**
**VIOL:** 18:912 False Personification
**PROCEEDING:** INITIAL APPEARANCE
**RECOMMENDED BOND:** PTD
**BOND HEARING HELD** - yes / no
**COUNSEL APPOINTED:** Reginald "Tony" Moss appointed CJA
**BOND SET @:**
**To be cosigned by:**
Rule 77.1 advised

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____.
- ☐ Travel extended to: _____.
- ☐ Halfway House _____.

Handwritten notes:
- A - agrees to appear by video.
- A - advised of charges
- A - sworn for counsel
- A - found indigent
- FPD is conflicted (CJA appointed) Tony Moss

**NEXT COURT APPEARANCE:** DATE: TIME: JUDGE: PLACE:
**INQUIRY RE COUNSEL:**
**PTD/BOND HEARING:** 2-19-21  11:00AM  STRAUSS
**PRELIM/ARRAIGN.:** 2-26-21  11:00am  STRAUSS
**CHECK IF APPLICABLE _____:** For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

**DATE:** 2-12-21   **TIME:** 11:00am   **DAR:** 12:32:08.   and recorded on ZOOM   **PAGE:** 13

5 min
Call #14 first