UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,

    Plaintiff,                                       FT. LAUDERDALE DIVISION

v.                                                  CASE NO. 21-6074-Snow

GARY BRUMMETT,                   **DEFENDANT BRUMMETT'S INVOCATION OF RIGHT TO SILENCE AND TO COUNSEL**

    Defendant.

_____/

NOW COMES the Defendant, GARY BRUMMETT, by and through undersigned counsel, and does hereby invoke his Fifth Amendment right to silence and against self-incrimination, and his Sixth Amendment right to the presence and assistance of counsel, with respect to any and all questioning or interrogation, regardless of the subject matter, including but not limited to:

1. Matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, or forfeitures;
2. Matters that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or other consequences arising from arrest or conviction; and/or
3. Matters pertaining to appellate or other post-trial proceedings.

Mr. Brummett further requests that the U.S. Attorney for the Southern District of Florida ensure that this Invocation is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to Mr. Brummett or his case. Any contact with Mr. Brummett must be made through undersigned counsel.

I HEREBY CERTIFY that the foregoing Invocation has been served on all parties to this litigation, this 16th day of February, 2021, by filing the foregoing with the Clerk of the Court via CM/ECF.

Respectfully submitted,

S: //  Reginald (Tony) Moss, Jr.  //
_____
REGINALD (TONY) MOSS, JR.
The Tony Moss Firm, L.L.C.
Florida Bar No. 646318
8101 Biscayne Boulevard #PH-701
Miami, Florida 33138-4634
786.219.5467 (office)
305.373.3832 (fax)
E-mail:  *tony@tonymosslaw.com*
Attorney for GARY BRUMMETT