# NOTICE OF DISHONOR

Notice Date: Day: Twenty-two        Month: Seven        Year: 2021 CE

Angela E. Noble, Court Administrator
Clerk of Court
United States District Court
Southern District of Florida
299 East Broward Boulevard#108
Fort Lauderdale, Florida 33301



FILED BY ___ D.C.
JUL 27 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"**, dated Day: Twenty-eight: Month Six Year 2021 CE, in reply to your Presentment "Case 0:21-mj-06074-LSS Document 1 Entered on FLSD Docket 02/12/2021 Page 1 of 7 AO 91 (Rev 08/09) Criminal Complaint UNITED STATES DISTRICT COURT for the Southern District of Florida Case No. 21-6074-SNOW CRIMINAL COMPLAINT Marc Thompson-Kow, Deputy U.S. Marshal Date: 02/12/2021 Fort Lauderdale, Florida Lurana S. Snow, United States Magistrate Judge, Case 0:21-mj-06074-LSS Document 1 Entered on FLSD Docket 02/12/2021 Page 2 of 7 AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT 1. 2. 3., Case 0:21-mj-06074-LSS Document 1 Entered on FLSD Docket 02/12/2021 Page 3 of 7 4. 5., Case 0:21-mj-06074-LSS Document 1 Entered on FLSD Docket 02/12/2021 Page 4 of 7 6. 7., Case 0:21-mj-06074-LSS Document 1 Entered on FLSD Docket 02/12/2021 Page 5 of 7 8. 9. 10. Marc Thomposon-Kow, Deputy United States Marshal United States Marshal Service Sworn to and subscribed before me telephonically the 12th day of February, 2021 LURANA S. SNOW UNITED STATES MAGISTRATE JUDGE, Case 0:21-mj-06074-LSS Document 1 Entered on FLSD Docket 02/12/2021 Page 6 of 7, UNITED STATES DISCTRICT COURT SOUTHERN DISTRICT OF FLORIDA CASE NUMBER 21-6074-Snow BOND RECOMMENDATION DEFENDANT: Gary Brummett Pretrial Detention By: AUSA: ANITA WHITE Agent(s): USDM Marc Thompson-Kow, Case 0:21-mj-06074-LSS Document 1 Entered on FLSD Docket 02/12/2021 Page 7 of 7 UNITED STATES DISCTRICT COURT SOUTHERN DISTRICT OF FLORIDA CASE NUMBER 21-6074-Snow BOND RECOMMENDATION DEFENDANT: Gary Brummett Pretrial Detention By: AUSA: ANITA WHITE Agent(s): USDM Marc Thompson-Kow" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Walter-Wayne-Jr.:Brown*

Walter Wayne Brown, Jr.
c/o 6825 Doehring Drive
Lakeland, Florida

cc: Honorable Rodolfo A. Ruiz II 299 East Broward Boulevard Room 205D Fort Lauderdale, Florida 33301
cc: Honorable Lurana S. Snow 299 East Broward Boulevard Room 203D Fort Lauderdale, Florida 33301
cc: Anita G. White United States Attorney's Office 500 E Broward Boulevard Fort Lauderdale, FL 33394-3000
cc: Marc Thompson-Kow USDM c/o Clerk of Court 299 East Broward Boulevard Fort Lauderdale, Florida 33301



Walter Wayne Brown, Jr.
c/o 6825 Doehring Drive
Lakeland, Florida

DENVER CO 802

22 JUL 2021   PM 4   L



Honorable Lurana S. Snow
299 East Broward Boulevard Room 203D
Fort Lauderdale, Florida 33301

33301-193054